IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE OMAHA CONSTRUCTION INDUSTRY PENSION PLAN,<br><br>Plaintiff,<br><br>vs.<br><br><br>KOTAS ENTERPRISES, LLC<br><br>Defaulted Defendant. | 8:23CV502<br><br><br><br>ORDER SETTING HEARING ON ORDER TO SHOW CAUSE<br><br>(AMENDED) |

On December 26, 2024 the undersigned entered an Order to Show Cause directing that on or before January 13, 2025, Defendant Kotas Enterprises, LLC must either:

> a) comply with Plaintiff's requests, and produce for inspection and copying the payroll and payroll-related documents for Plaintiff to compute unpaid contributions, and file a signed certificate of compliance on the docket; or, b) show cause by signed affidavit filed on the docket why Defendant has failed or refused to comply with this Court's order. (Filing No. 22).

The Order cautioned that failure to timely comply would result in the scheduling of a hearing on the issue of contempt. Defendant has failed to take any action on the docket in response to the order. Accordingly,

IT IS ORDERED:

1) A hearing on the Order to Show Cause is set on March 18, 2025 at 10:00 a.m. in Courtroom 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Ryan C. Carson.

2) The parties shall appear in person, at which time the court will make findings and recommendations to the District Court as to whether Defendant Kotas Enterprises, LLC is in contempt of court and, if so, what sanctions, if any, may be appropriate.

3) The Clerk shall mail a copy of this order to Defendant at the following addresses:

200 S. 21st Street
Suite 400A
Lincoln NE 68510.

12701 S. 124th Ave.
Papillion, NE 68046

Dated this 26th day of February, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge